# ORIGINAL

Robinson, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2710

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,          :

                Plaintiff,          :          <u>DEFAULT JUDGMENT</u>

        - v. -          :          07 Civ. 9283 (SCR)

WILHELMINIA TOMLINSON,          :

              Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

      THIS ACTION having been commenced by the filing of a complaint and the
issuance of a summons on October 16, 2007; a copy of the summons and complaint having been
served upon defendant by leaving a copy at her place of residence with a person of suitable age
and discretion on October 23, 2007; proof of such service having been filed with the Clerk of the
Court on November 13, 2007; defendant not having appeared, answered or made any motion
with respect to the complaint; the time for defendant to appear, answer or make any motion with
respect to the complaint having expired; the Clerk of this Court having duly entered the annexed
certificate of entry of default of defendant; sufficient proof having been adduced that defendant is
not in the military service of the United States and is not an infant or an incompetent person,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

NOW, on the motion of Michael J. Garcia, United States Attorney for the

Southern District of New York, attorney for plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against

defendant in the sum of $27,623.97, plus $9,394.28, representing interest at the rate of 8.25

percent per annum through November 13, 2007, together with costs and disbursements in the

sum of $450.00,  amounting in all to the sum of $37,468.25, with interest thereafter from the date

of judgment as provided by law, and that plaintiff have execution therefor.

Dated: White Plains, New York

December 18, 2007

SO ORDERED :

UNITED STATES DISTRICT JUDGE