# ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | APPLICATION FOR WRIT OF GARNISHMENT |
| Plaintiff and Judgment-Creditor, | : | 07 Civ 9283 (SCR) |
| -v.- | : | Judgment No.: 07,0352 |
| WILHELMINA TOMLINSON, | : | SSN: XXX-XX-3220 |
| Defendant and Judgment-Debtor, | : | |
| and | : | |
| CEREBRAL PALSY ASSOCIATION, | : | |
| Garnishee. | : | |

------------------------------------x

The United States of America, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, in accordance with 28 U.S.C. § 3505(b)(1), makes application for a Writ of Garnishment upon the judgment entered against defendant Wilhelmina Tomlinson (the "debtor"), whose last known address is 129 Palisade Avenue, Yonkers, NY 10701. The judgment arises out of a defaulted student loan and is in the amount of $37,236.78, plus post-judgment interest calculated at the rate of 3.2 percent per annum and compounded annually.

The balance due on the debt as of April 14, 2008, is $38,071.07.

Demand for payment of the debt was made upon the debtor not less than 30 days from the date of this application, and the debtor has not paid the amount due.

Cerebral Palsy Association (the "Garnishee") is believed to owe or will owe money or property to the debtor, or is in possession of property of the debtor, and the property is a nonexempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is: Cerebral Palsy Association, 330 West 34th Street, New York NY 10001.

The attached Writ of Garnishment satisfies the requirements of 28 U.S.C. § 3205.

Dated: New York, New York

April 15, 2008

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States
         of America

By: _____
   KATHLEEN A. ZEBROWSKI
   Assistant United States Attorney
   86 Chambers Street
   New York, New York  10007
   Telephone No.: (212) 637-2710
   Fax No.: (212) 637-2717