

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                :     WRIT OF GARNISHMENT

        Plaintiff and                           :     07 Civ 9283 (SCR)
        Judgment-Creditor,
                                                 :     Judgment No.: 07,0352
        -v.-
                                                 :

WILHELMINA TOMLINSON,
                                                 :
        Defendant and
        Judgment-Debtor,                        :

        and                                      :

CEREBRAL PALSY ASSOCIATION,              :

        Garnishee.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREETINGS TO:   Cerebral Palsy Association
                330 West 34th Street
                New York, NY 10001

        An application for a Writ of Garnishment against the property of defendant Wilhelmina Tomlinson (the "debtor"), whose last known address is 129 Palisade Avenue, Yonkers NY 10701 has been filed with this court. On December 18, 2007, a judgment arising out of a defaulted student loan was entered against the debtor in the amount of $37,236.78. The

balance due on the judgment as of April 14, 2008, is $38,071.07.

You are required by law to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which you have or may become indebted to the debtor pending further order of the court. You are required by law to file a written answer, under oath, within ten (10) days of service of this writ stating whether or not you have in your custody, control or possession, any property owned by the debtor, including nonexempt, disposable earnings. Please state whether or not you anticipate making any future payments to the debtor and whether such payments will likely be weekly, bi-weekly or monthly.

You must file the original answer to this writ with the Clerk of the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007. Additionally, you are required to serve a copy of the answer upon the debtor Wilhelmina Tomlinson, at 129 Palisade Avenue, Yonkers NY 10701 and upon the United States Attorney, Southern District of New York, 86 Chambers Street, New York, New York, 10007, Attn: Kathleen A. Zebrowski, Assistant United States Attorney.

There may be property which is exempt by law from this writ of garnishment. Property which is exempt and which is not subject to this writ is listed on the annexed Notice from the Clerk of the United States District Court.

Pursuant to 15 U.S.C. § 1674, as Garnishee, you are prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance therewith, the United States of America may petition the court for an order directing you to appear before the court to show good cause why you failed to comply with this writ. If you fail to appear or do

appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to the debtor any items attached by this writ.

Dated: White Plains, New York

April 23    2008

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :     APPLICATION FOR WRIT OF
                                          GARNISHMENT
           Plaintiff and            :
           Judgment-Creditor,             07 Civ 9283 (SCR)
                                    :
           -v.-                           Judgment No.: 07,0352
                                    :     SSN: XXX-XX-3220
WILHELMINA TOMLINSON,
                                    :
           Defendant and
           Judgment-Debtor,         :

           and                      :

CEREBRAL PALSY ASSOCIATION,         :

           Garnishee.               :
------------------------------------x

       The United States of America, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, in accordance with 28 U.S.C. § 3505(b)(1), makes application for a Writ of Garnishment upon the judgment entered against defendant Wilhelmina Tomlinson (the "debtor"), whose last known address is 129 Palisade Avenue, Yonkers, NY 10701. The judgment arises out of a defaulted student loan and is in the amount of $37,236.78, plus post-judgment interest calculated at the rate of 3.2 percent per annum and compounded annually.

The balance due on the debt as of April 14, 2008, is $38,071.07.

Demand for payment of the debt was made upon the debtor not less than 30 days from the date of this application, and the debtor has not paid the amount due.

Cerebral Palsy Association (the "Garnishee") is believed to owe or will owe money or property to the debtor, or is in possession of property of the debtor, and the property is a nonexempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is: Cerebral Palsy Association, 330 West 34th Street, New York NY 10001.

The attached Writ of Garnishment satisfies the requirements of 28 U.S.C. § 3205.

Dated: New York, New York

April 15, 2008

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States
          of America

By: _____
        KATHLEEN A. ZEBROWSKI
        Assistant United States Attorney
        86 Chambers Street
        New York, New York 10007
        Telephone No.: (212) 637-2710
        Fax No.: (212) 637-2717